UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSEPH A. RAMIREZ, et al.,<br><br>        Defendants. | No.  2:13-cv-2065 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

---

[1] In this action, plaintiff alleges that the attorneys who represented him during his criminal trial failed to subpoena exonerating alibi evidence.  Plaintiff seeks money damages.  In Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), the Supreme Court held that where a complaint for damages under 42 U.S.C. § 1983 implicates the validity of a conviction, the complaint must be dismissed unless the plaintiff can demonstrate that the conviction has already been invalidated.  If this action proceeds, it appears that it will most likely be dismissed pursuant to Heck v. Humphrey.

1

support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

  2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  October 21, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dear2065.3a