UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2: 13-cv-2065 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH A. RAMIREZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 30, 2013, plaintiff consented to the jurisdiction of the undersigned.

On October 21, 2013, plaintiff was granted thirty days to pay the filing fee or file an application to proceed in forma pauperis.  Thirty days passed and plaintiff did not respond to the October 21, 2013 order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to comply with the October 21, 2013 order; failure to respond to the instant order will result in the dismissal of this action.

Dated:  December 3, 2013

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dear2065.osc

1